

FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 MAR 21  AM 10: 45

U.S. DISTRICT COURT
SOUTHERN OHIO
WEST-DIV CINCINNATI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.:** **1 : 18 MJ 190** |
| | : | |
| v. | : | **MAGISTRATE JUDGE BOWMAN** |
| | : | |
| **XU YANJUN (a/k/a QU HUI)** | : | **MOTION AND ORDER** |
| | : | **TO SEAL COMPLAINT** |

The United States respectfully requests that the Court seal the Complaint and any other pleadings and proceedings in the above-numbered case until further order of this Court.  This motion to seal is for the purposes of apprehending the defendant, mitigating the risk of flight, and law enforcement safety and security.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street; Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Complaint and any other pleadings and proceedings in the above-numbered case shall now be sealed.  The U.S. government may share the sealed Complaint and Arrest Warrant with other law enforcement agencies (domestic and foreign) as needed to effect the arrest.

3/21/18
DATE

*Stephanie K Bowman*
HONORABLE STEPHANIE BOWMAN
United States Magistrate Judge