FILED
RICHARD W. NAGEL
CLERK OF COURT

2018 OCT 10 PM 12: 00

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:18-CR-043 |
| | : | CASE NO.: 1:18-MJ-190 |
| v. | : | |
| | : | MAGISTRATE JUDGE BOWMAN |
| YANJUN XU | : | |
| Aka Xu Yanjun | : | |
| Aka Qu Hui | : | **MOTION AND ORDER** |
| Aka Zhang Hui | : | **TO UNSEAL DOCUMENTS** |

-------------------------------------

The United States respectfully requests that the Court unseal the Indictment and any other pleadings in case number 1:18-CR-043. The United States also respectfully requests the unsealing of the Complaint and Affidavit in 1:18MJ-190. Moreover, after coordination with Victim Company A in the Indictment, and in anticipation of the government's proof at trial, the government hereby identifies the company as GE Aviation.

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney


s/*Timothy S. Mangan*
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Indictment and any other pleadings in the above-numbered cases shall now be unsealed.

10/10/18
DATE

*Stephanie K Bowman*
HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge